UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION

MDL NO. 1431 (MJD/JGL)

This Document Relates To:

JUNE COX,

Plaintiff,

v.

BAYER, A.G.; BAYER CORPORATION, a wholly owned subsidiary of BAYER, A.G.; and SMITHKLINE BEECHAM d.b.a. GLAXOSMITHKLINE, and GLAXOSMITHKLINE plc,

Defendants.

Originating Jurisdiction and Case No.:

United States District Court
For the District of Minnesota

Case No. 02 CV 0226 (MJD) (JGL)

**ORDER GRANTING APPROVAL OF STIPULATION OF VOLUNTARY DISMISSAL**

**PURSUANT TO FED. R. CIV. P. 41(a)(1)**

It is hereby STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the parties have agreed to the dismissal with prejudice of the individual claims of Plaintiff, June Cox, in the above-captioned matter. This dismissal with prejudice is in consideration of satisfactory compensation to her.



MAR
JUDGMENT ENT
DEPUTY CLERK'S INITIALS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this Stipulation of Dismissal is being signed on behalf of all parties who have appeared in the action.

Dated: September 19, 2003

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:/Signature on File/
Steven E. Fineman
Wendy R. Fleishman

780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Elizabeth J. Cabraser
Richard M. Franco
275 Battery Street, 30th Floor
San Francisco, CA 9411-3339
Telephone: (415) 956-1000

RODA & NAST
Michael G. Nast
Dianne Nast
801 Estelle Drive
Lancaster, PA 17601

*Attorneys for Plaintiffs*

SIDLEY AUSTIN BROWN & WOOD

By:/Signature on File/
James Mizgala

10 S. Dearborn Street, 55th Floor
Chicago, IL 60603

*Attorneys for Defendants Bayer Corp. and Bayer A.G.*

DECHERT LLP

By:/Signature on File/
Fred Magaziner

4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Fax: (215) 994-2222

*Attorneys for Defendants SmithKline Beecham d/b/a GlaxoSmithKline and GlaxoSmithKline PLC*

Approved and So ~~Ordered:~~

Michael J. Davis

Judge, U.S.D.C., District of Minnesota

Case No. 02-226

Dated: Minneapolis, Minn
~~September ,~~ 2003
MAR 16 2004